# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 249 EAL 2015
                                           :

            Respondent           :

                                           :  Petition for Allowance of Appeal from
                                         :  the Order of the Superior Court
           v.                    :

                                           :

LYNDEL JOHNSON,               :

                                          :

            Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.